In the Matter of the Application of KARL DACHS, Petitioner, for a Certiorari Order against FRANKLIN W. WARD, as Adjutant-General of the State of New York,

Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Van Kirk, P. J., Hinman, Hill, Rhodes and McNamee, JJ.